## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MONICA SMITH,                                    PLAINTIFF
#71295

v.                          No: 3:21-cv-48-DPM-JTK

DOES, "Regina";   and
PATRICIA MARSHALL,
Administration, Poinsett County Jail          DEFENDANTS

### ORDER

1.  The Court withdraws the reference.

2.  Smith hasn't paid the $402 filing and administrative fees or filed a complete *in forma pauperis* application;  and the time to do so has passed.  *Doc. 7*.  Her complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____15 JUNE 2021_____