IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MONICA SMITH,                                                    PLAINTIFF
#71295

v.                              No: 3:21-cv-48-DPM-JTK

DOES, "Regina";   and
PATRICIA MARSHALL,
Administration, Poinsett County Jail                    DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2021